MARION V ATTORNEY GRIEVANCE COMMISSION, No. 152467.

MCNULTY V ATTORNEY GRIEVANCE COMMISSION, No. 152556.

MOTLEY V ATTORNEY GRIEVANCE COMMISSION, No. 152593.

REID V ATTORNEY GRIEVANCE COMMISSION, No. 152649.

BURGESS V ATTORNEY GRIEVANCE COMMISSION, No. 152797.

*Reconsideration Denied March 29, 2016:*

PEOPLE V CARROLL, No. 151066; Court of Appeals No. 317174. Leave to appeal denied at 498 Mich 884.

GRONINGER V DEPARTMENT OF ENVIRONMENTAL QUALITY, No. 151179; Court of Appeals No. 318380. Leave to appeal denied at 498 Mich 884.

PEOPLE V FLINT, No. 151189; Court of Appeals No. 321213. Leave to appeal denied at 498 Mich 884.